/s/ Russell Brown  
CHAPTER 13 TRUSTEE  
3838 North Central Avenue, Suite 800  
Phoenix, Arizona  85012-1965  
Email: mail@ch13bk.com

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF ARIZONA

| | |
|---|---|
| TODD TAMM<br>HEIDI TAMM<br><br>2340 EAST UNIVERSITY DRIVE<br>#55<br>TEMPE, AZ 85281<br><br>Debtors. | Chapter 13<br>Case No. 2-17-bk-02978 DPC<br><br>**TRUSTEE'S 2020 ANNUAL STATUS REPORT OF RECEIPTS AND DISBURSEMENTS** |

This is an annual status report of receipts (plan payments) for up to two years and all disbursements (payments) by the Trustee to creditors. **Debtors may view their case information through the National Data Center; sign up at www.ndc.org.** If a debtor or creditor has any question about the claims/debts paid by the Trustee, CONTACT YOUR ATTORNEY. If the Debtors. have a question about the data shown, then send an email to mail@ch13bk.com.

### Dates
Petition Date: 3/27/2017  
Plan Payment Start Date: 4/26/2017  
Plan Confirmed On: 2/15/2018  
Last Payment Received: 2/25/2020  
Last Disbursement Date: 3/27/2020

### Plan Payment Schedule

| Pmt Amt | Month # | | Month # |
|---:|---|---|---|
| 0.00 | 1 | through | 1 |
| 355.00 | 2 | through | 12 |
| 445.00 | 13 | through | 13 |
| 596.67 | 14 | through | 15 |
| 600.61 | 16 | through | 16 |
| 180.00 | 17 | through | 21 |
| 225.00 | 22 | through | 22 |
| 180.00 | 23 | through | 23 |
| 660.00 | 24 | through | 25 |
| 0.00 | 26 | through | 26 |
| 570.00 | 27 | through | 60 |

### Tax Returns & Refunds
If the Debtors are required by the plan or order confirming plan to provide state and federal income tax returns, tax refunds, or both, to the Trustee but have not done so, then the Trustee is requesting that the Debtors send the return(s) to to his or her attorney who will get the returns to the Trustee.

### Plan Payments Received by Trustee or Payment Refunds

If a debtor has a question about a payment not shown below, provide the Trustee with a copy of the front and back of the cashier's check or money order. Plan payments can be made online through www.tfsbillpay.com or app.courtcompass.com.

*Plan payments are delinquent by $2,080.00.*  
The total amount of plan payments received: $13,528.95  
The amount of trustee fee taken on receipts: $824.37  
Amount of Undistributed Funds: $51.91

*Covers receipts posted June 1, 2018, through May 31, 2020.*

| Date | Ck # | Amount | Date | Ck # | Amount | Date | Ck # | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 2/25/20 | 2391 | 570.00 | 2/3/20 | 2202 | 575.00 | 12/30/19 | 1954 | 570.00 |
| 11/25/19 | 1692 | 570.00 | 9/30/19 | 1225 | 575.00 | 8/26/19 | 1013 | 575.00 |
| 7/29/19 | 8485 | 575.00 | 6/24/19 | 1589 | 70.00 | 6/24/19 | 1588 | 500.00 |
| 5/6/19 | 5254 | 660.00 | 3/25/19 | 9777 | 660.00 | 2/25/19 | 9541 | 180.00 |
| 1/22/19 | 9286 | 180.00 | 1/8/19 | 9208 | 225.00 | 12/24/18 | 9077 | 180.00 |
| 11/26/18 | 8003 | 180.00 | 10/23/18 | 8633 | 180.00 | 9/25/18 | 8397 | 180.00 |
| 8/28/18 | 6982 | 180.00 | 7/31/18 | 7962 | 600.61 | 7/5/18 | TFS | 596.67 |

*Disbursement information (payments to creditors) is on the next page.*

## Disbursements to Administrative Expenses / Claimants / Creditors

The Court confirmed a Plan on 2/15/2018. The Trustee's last disbursement was on 3/27/2020 and the amount paid out on claims and debts to date is $13,477.04. The amount of Trustee's percentage fee paid is $824.37.

| Pmt Seq | Creditor Name | Trustee or Court Claim No. | Last Pmt Date | Claim Class | Claim Type(s) | Debt Amount | Principal Paid | Interest Rate | Interest Paid | Total Paid | Principal Balance of Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | | | | | | | | | | | |
| | BENJAMIN WRIGHT | | 1/29/20 | L | | 5,500.00 | 5,500.00 | | 0.00 | 5,500.00 | 0.00 |
| 24 | | | | | | | | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC | 002 | 3/27/20 | S | V | 14,305.44 | 3,642.74 | 5.25 | 2,226.40 | 5,869.14 | 10,662.70 |
| | QUANTUM3 GROUP LLC | 003 | 5/30/19 | S | P | 684.89 | 684.89 | 24.99 | 341.86 | 1,026.75 | 0.00 |
| 33 | | | | | | | | | | | |
| | DEPARTMENT OF EDUCATION/MOHELA | 001 | | U | S | 559.09 | 0.00 | | 0.00 | 0.00 | 559.09 |
| | RESURGENT CAPITAL SERVICES | 004 | | U | | 450.00 | 0.00 | | 0.00 | 0.00 | 450.00 |
| | EMERGENCY PHYSICIANS SOUTHWEST PC | 005 | | U | | 232.20 | 0.00 | | 0.00 | 0.00 | 232.20 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (P | 006 | | U | | 780.71 | 0.00 | | 0.00 | 0.00 | 780.71 |
| | U.S. DEPARTMENT OF EDUCATION | 007 | 5/30/19 | U | S | 19,191.94 | 200.62 | | 0.00 | 200.62 | 18,991.32 |
| | JEFFERSON CAPITAL SYSTEMS LLC | 008 | | U | | 909.03 | 0.00 | | 0.00 | 0.00 | 909.03 |
| | RESURGENT CAPITAL SERVICES | 009 | | U | | 34.84 | 0.00 | | 0.00 | 0.00 | 34.84 |
| | JEFFERSON CAPITAL SYSTEMS LLC | 010 | | U | | 1,373.79 | 0.00 | | 0.00 | 0.00 | 1,373.79 |
| | PORTFOLIO RECOVERY ASSOCIATES LLC (P | 011 | | U | | 375.79 | 0.00 | | 0.00 | 0.00 | 375.79 |
| | DIGNITY HEALTH | 013 | | U | | 250.00 | 0.00 | | 0.00 | 0.00 | 250.00 |
| | DIGNITY HEALTH | 014 | 5/30/19 | U | | 5,372.37 | 56.16 | | 0.00 | 56.16 | 5,316.21 |
| | DIGNITY HEALTH | 015 | | U | | 125.00 | 0.00 | | 0.00 | 0.00 | 125.00 |
| 34 | *Trustee anticipates no payment or no further payment on these debts:* | | | | | | | | | | |
| | CARRINGTON MORTGAGE SERVICES, LLC | 012 | | S | M | 223,928.34 | 0.00 | | 0.00 | 0.00 | 223,928.34 |

Explanation of disbursement codes:

(1) A payment sequence of 34 or greater means the Trustee will not make, or make no more, payments to the creditor.
(2) Under Claim Number, a "#" refers to a claim that the Court has disallowed.
(3) Claim Class codes: "C" = continuing payment;"L" = legal/administrative expense; "P" = priority; "S" = secured; "U" = unsecured
(4) Claim Type: "A" = arrears; "E" = expense claim; "F" = 3002.1 expense; "M" = mortgage; "P" = personal property; "R" = residence; "V" = vehicle

In re TAMM    Case No. 2-17-bk-02978-DPC    Page 2

If the Trustee has an email address for the Debtors, then the Trustee sent the Annual Report by email. If the email was bounced back or the Trustee has no email address, the Trustee sent a paper copy to the address appearing in the caption on the first page, and to a separate mailing address for the joint debtor, if the Trustee has that information.